**Petition for Writ of Mandamus is Denied; Opinion Filed February 4, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00112-CV

# IN RE MARTIN GONZALEZ AND MARIO ARROYO, Relators

On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-16734

## OPINION
Before Justices Moseley, Francis and Fillmore
Opinion by Justice Moseley

Relators contend the trial judge erred in granting a motion for new trial. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

JIM MOSELEY
JUSTICE

130112F.P05